UNITED STATES DISTRICT COURT
Southern District of FLA
Miami-Division

LEVOY HICKMAN, 746479 / J3209,
Plaintiff

Vs.

case # _____

BRANDON GAGE, FEDERAL AGENT; J3210;
AARON BRAND, FEDERAL AGENT; AND
AGENT JACKSON # H65040 Cell J3208
ET-AL., Defendants — J. FRAGOSO / K. ORTIZ.;

Civil Rights Complaint

CONSPIRACY TO RAPE, ROB AND
MURDER To No END As Reprisals

Drugs., Violence AND Lies,
Poisoned

Levoy Hickman
746479 /

Legal Mail
Received

APR 18 2023
Dade C.I.

APRIL 17/2023
(11pm) sex battery
Cell J3208 Coughing!

FILED BY ____ D.C.

APR 21 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

6/17/22, 4:43 PM                                    PACER Case Locator - Search Results

An official website of the United States government. Here's how you know. ⌄

Log in to PACER Systems →



**PACER Case Locator**

**Party Search Results**



MAIL THEFTS

**Search Criteria:** Party Search; Court ID: [FLM]; Last Name: [Hickmon]; First Name: [Levory]; Middle Name: [W]; Sort: [Date Filed, Ascending]
**Result Count:** 45 (1 page)
**Current Page:** 1

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Hickmon, Levory W. (pla) | 6:2003cv01039 | Hickmon v. Stephenson | Florida Middle District Court | 07/23/2003 | 07/29/2003 |
| Hickmon, Levory W. (pla) | 6:2003cv01269 | Hickmon v. Stephenson | Florida Middle District Court | 09/02/2003 | 09/11/2003 |
| Hickmon, Levory William (pet) | 6:2003cv01738 | Hickmon v. Eslinger, et al | Florida Middle District Court | 12/05/2003 | 02/03/2004 |
| Hickmon, Levory W. (pla) | 6:2004cv00034 | Hickmon v. Lawshe  F.P.I. | Florida Middle District Court | 01/12/2004 | 04/27/2004 |
| Hickmon, Levory W. (pla) | 6:2004cv00372 | Hickmon v. Stephenson | Florida Middle District Court | 03/17/2004 | 04/02/2004 |
| Hickmon, Levory W. (pla) | 6:2004cv00970 | Hickmon v. Valerino | Florida Middle District Court | 06/25/2004 | 07/15/2004 |
| Hickmon, Levory W. (pla) | 6:2004cv01556 | Hickmon v. Lester, et al  F.P.I | Florida Middle District Court | 10/21/2004 | 11/02/2004 |
| Hickmon, Levory W. (pla) | 6:2004cv01606 | Hickmon v. Pollack et al | Florida Middle District Court | 11/01/2004 | 11/16/2004 |
| Hickmon, Levory W. (pet) | 3:2004cv01279 | Hickmon v. FL Attorney General et al | Florida Middle District Court | 12/03/2004 | 11/25/2005 |
| Hickmon, Levory W. (pet) | 6:2004cv01766 | Hickmon v. FL Attorney General et al | Florida Middle District Court | 12/03/2004 | 12/16/2004 |
| Hickmon, Levory W. (pet) | 6:2005cv00147 | Hickmon v. Secretary, DOC et al | Florida Middle District Court | 01/27/2005 | 02/03/2005 |
| Hickmon, Levory W. (pet) | 3:2005cv00113 | Hickmon v. Secretary, DOC et al | Florida Middle District Court | 01/27/2005 | 02/14/2005 |
| Hickmon, Levory W. (pla) | 6:2005cv00214 | Hickmon et al v. Diggs | Florida Middle District Court | 02/16/2005 | 03/23/2005 |
| Hickmon, Levory W. (pla) | 5:2005cv00147 | Hickmon v. Alpert  E.B.I | Florida Middle District Court | 03/23/2005 | 04/29/2005 |
| Hickmon, Levory W. (pla) | 6:2005cv00567 | Hickmon v. Alpert  E.B.I | Florida Middle District Court | 04/11/2005 | 04/25/2005 |
| Hickmon, Levory W. (pla) | 3:2005cv00309 | Hickmon v. Alpert  E.B.I | Florida Middle District Court | 04/11/2005 | 04/18/2005 |
| Hickmon, Levory W. (pla) | 6:2005cv00554 | Hickmon v. Alpert  E.B.I | Florida Middle District Court | 04/13/2005 | 04/25/2005 |
| Hickmon, Levory W. (pet) | 8:2005cv01014 | Hickmon v. Secretary, Department of Corrections et al | Florida Middle District Court | 05/31/2005 | 09/06/2005 |
| Hickmon, Levory W. (pet) | 6:2005cv00984 | Hickmon v. Secretary, Department of Corrections et al | Florida Middle District Court | 07/01/2005 | 07/18/2005 |
| Hickmon, Levory W. (pla) | 6:2005cv01863 | Hickmon v. Natalie A. Jackson, P.A. | Florida Middle District Court | 12/19/2005 | 08/28/2006 |
| Hickmon, Levory W. (pla) | 6:2006cv00356 | Hickmon v. 18th Judicial Circuit Court, et al | Florida Middle District Court | 03/21/2006 | 03/31/2006 |
| Hickmon, Levory W. (pla) | 6:2006cv00397 | Hickmon v. Seminole County Clerk's Office | Florida Middle District Court | 03/29/2006 | 05/16/2006 |
| Hickmon, Levory W. (pla) | 6:2006cv00656 | Hickmon v. Alpert et al  F.P.I | Florida Middle District Court | 05/15/2006 | 06/07/2006 |
| Hickmon, Levory W. (pla) | 6:2006cv00772 | Hickmon v. Lawshe  F.P.I | Florida Middle District Court | 06/06/2006 | 07/28/2006 |
| Hickmon, Levory W. (pla) | 6:2006cv00869 | Hickmon v. City of Sanford et al | Florida Middle District Court | 06/26/2006 | 06/25/2008 |

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ Third Party Grievance Alleging Sexual Abuse  2302-463-005  MAR 01 2023

TO: ☐ Warden  ☑ Assistant Warden  ☐ Secretary, Florida Department of Corrections

From or If Alleging Sexual Abuse, on the behalf of:

Hickman, Levon  746479  DADE C.I.

Last  First  Middle Initial  DC Number  Institution

---

**Part A – Inmate Grievance** See pg. 2...

WARDEN IT IS NOT HARD FOR ME TO FIGURE OUT THAT MY RIGHTS HAS BEEN VIOLATED WAY OVER 8000 CONSECUTIVE TIMES... IN A 18 YEAR OLD "CONSPIRACY" THAT EVERYBODY KNOWS ABOUT IN Violation of the Title 18 U.S.C. 241 LAWS... Which "REQUIRES" Violators To Be IMPRISONED, Unless Other ARRANGEMENTS is AGREED UPON.

DATE 2-28-2023 #Islm! Levon 746479

---

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _____ / _____

  # Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on:_____  Institutional Mailing Log #:_____

  (Date)  (Received By)

DISTRIBUTION:   INSTITUTION/FACILITY   CENTRAL OFFICE
  INMATE (2 Copies)   INMATE
  INMATE'S FILE   INMATE'S FILE - INSTITUTION./FACILITY
  INSTITUTIONAL GRIEVANCE FILE   CENTRAL OFFICE INMATE FILE
  CENTRAL OFFICE GRIEVANCE FILE

13 K
GG

DC1-303 (Effective 11/13)  Incorporated by Reference in Rule 33-103.006, F.A.C.

Legal mail
Received

APR 18 2023

## Witness Statement
Log #_____

**State of Florida**                                                    **Department of Corrections** Dade C.I.

### I. Identifying Inmate Information     Miam-Dade police # P023032616155C X

DC # _____ 746479     Inmate Name  Leroy Hickmon

Violation Code and Short Title  Title 18 U.s.C. 2241(8)(2)

Use of Force # _____

Date Report Written  4/17/23 XX

### II. Witness

☑ Staff Member: Name and Position  J. Fragoso / B. Wooding

☑ Other Individual: Name  A. Ortiz / J. Verdieu

☑ Inmate:   DC # _____   Name  Brandon Gabe

### III. Voluntary Refusal

*The witness voluntarily refused to provide a written statement to the Investigating Officer and the following signature(s) attests to that fact:*

Witness Signature _____   Date _____

Signature of Investigating Officer _____   Date _____

### IV. Statement

It IS 10 PM April 17/23 XX AND JUST WOKE UP. I KNOW I WAS DRUGGED AND RAPED AS Cell J3211 AND J3208 HAD Something To Do With It AND All the Agents in J3 Are Accessories To This Raping AND 15 Other Rapings IN J3209. ALL!

Witness Signature _____   Date 4-17-23

Signature of Investigating Officer _____   Date _____

C6-112C (Revised 8/06)                    Original: Inmate File          Copy: Central Office

LEVONY Hickmon #746479 #33209

DADe Correctional Institution

19000 Sw 377th Street

Flr. City, Fl. 33034

UNITED S

Distrct Cou

400 North Miami

Miami - Fla. 3312

U.S.M.S.
INSPECTED
BY:_____